IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RASHEEN JOHNSON**,

Petitioner,

v.

**D. BRANING, et al.**,

Respondents.                                                  No. 07-0573-DRH

### ORDER

**HERNDON, Chief Judge:**

On August 9, 2007, Johnson filed this habeas corpus petition pursuant to 28 U.S.C. § 2241 (Doc. 1). The case was randomly assigned to the undersigned. A review of the pleadings indicates that Johnson previously filed this claim in ***Johnson v. Lappin*, 05-900-MJR.** The pleadings also reveal that this claim was dismissed without prejudice with leave to re-file (05-900-MJR; Doc. 6). Thus, the undersigned **TRANSFERS** this case to District Judge Michael J. Reagan for disposition. All further pleadings should show the case number with a "MJR" suffix (07-0573-MJR).

**IT IS SO ORDERED.**

Signed this 4th day of February, 2008.

/s/ David R Herndon
**Chief Judge**
**United States District Court**